UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLICIO MENDOZA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>HOMEQ SERVICING, a California Corporation; FIRST BANK MORTGAGE, Business Entity, form unknown; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. EDCV 09-359-VAP (JTLx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against DEFENDANT BARCLAY'S CAPITAL REAL ESTATE, INC. d/b/a HOMEQ SERVICING is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 13, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28